UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DONALD E. BEARD, JR.,        )
                             )
    Plaintiff,               )
                             )
    v.                       )    11-CV-3360
                             )
DR. OBAISI, MICHELLE MILLARD,)
and ROD BOYD,                )
                             )
    Defendants.              )

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff, currently incarcerated in Logan Correctional Center, pursues claims for deliberate indifference to his alleged serious need for treatment of his ankle. This case is set for a conference on January 9, 2012, but the conference will be cancelled as unnecessary. All Defendants have been served, and there are no pending issues to discuss. IT IS THEREFORE ORDERED:

1) The status conference set for January 9, 2012, is cancelled. The clerk is directed to notify Plaintiff's prison of the cancellation.

2) Defendants' Answers are due January 31, 2012.

3) By February 29, 2012, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

4)  Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by April 30, 2012.

5) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by May 31, 2012.

6) Discovery closes June 16, 2012.

7) Dispositive motions are due July 17, 2012.

8) Plaintiff's incarceration limits him to written discovery.  Written discovery must be served on a party at least 30 days before the discovery deadline. Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery.  See CDIL-LR 26.3.  Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response.  Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

9) A final pretrial conference is scheduled for Monday, April 8, 2012, at 1:30 p.m..  Defendants' counsel shall appear in person.  Plaintiff shall appear by video.  The parties are directed to submit an agreed, proposed final pretrial order by April 1, 2012.

10) Jury selection and the jury trial are scheduled for Tuesday, April 30,

2012, at 9:00 a.m. before this Court in Springfield, Illinois.

ENTERED:    December 7, 2012

FOR THE COURT:

                                            **s/Sue E. Myerscough**
                                          SUE E. MYERSCOUGH
                              UNITED STATES DISTRICT JUDGE