# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Donald E. Beard, Jr | ) ) ) | |
| Plaintiff | | |
| vs. | ) | Case Number: 11-3360 |
| Dr. Obaisi, Michelle Millard, Rod Boyd, Tom Ackman, Alex Dawson, S A Godinez, Gina Allen, Wexford Health Sources Inc | ) ) ) ) | |
| Defendant | | |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff and against Wexford Health Sources Inc in the amount of $10,000.00 in compensatory damages and $500,000.00 in punitive damages.


**IT IS ORDERED AND ADJUDGED** that Defendants Tom Ackman, Alex Dawson, S A Godinez and Gina Allen were all terminated on 10/27/2011 pursuant to an Opinion [8] entered. Defendants Dr. Obaisi, Michelle Millard and Rod Boyd were terminated at hearing held on 2/9/2015.



**Dated: 2/13/2015**


s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court